UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| TIRON BEANE, | Case No. 15-CV-0568 (SRN/SER) |
| Plaintiff, | |
| v. | ORDER |
| OFFICE OF MINNESOTA APPELLATE PUBLIC DEFENDER; ANDREA BARTS; BENJAMIN J. BUTLER; and CATHRYN MIDDLEBROOK, | |
| Defendants. | |

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff Tiron Beane's complaint is SUMMARILY DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(b)(ii).

2. Beane's application to proceed *in forma pauperis* [Docket No.2] is DENIED.

Dated: May 19, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
U.S. District Judge